NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMEY ALAINE CHISUM,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-2294

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00377-EHM, Judge Edward H. Meyers.

---

Before DYK, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

In response to this court's October 23, 2024 show cause order, Ramey Alaine Chisum urges the court to excuse her untimely-filed notice of appeal. The United States has not responded.

The United States Court of Federal Claims entered judgment dismissing Ms. Chisum's complaint for lack of jurisdiction on June 23, 2023. Ms. Chisum's notice of appeal was received by that court on September 4, 2024, 439 days after entry of judgment.

To be timely, a notice of appeal must be received by the Court of Federal Claims within 60 days of the entry of the final judgment.  28 U.S.C. §§ 2107(b), 2522; Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(C).  The statutory deadline is mandatory and jurisdictional, such that we may not excuse a late notice.  *Marandola v. United States*, 518 F.3d 913, 914 (Fed. Cir. 2008); *see also Bowles v. Russell*, 551 U.S. 205, 209 (2007); *cf.* Fed. R. App. P. 26(b)(1).  Because the notice of appeal was not received within that time, we lack jurisdiction and must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 10, 2025
Date